UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC.<br><br>Plaintiff<br><br>vs.<br><br>Mi Tierra Social Club, A NJ Non-Profit Corporation; Maritza Falu a/k/a Moritza Falu; Luis A. Velez<br><br>Defendants | CASE NO. 2:18-cv-13158-JMV-JBC |

**CONSENT ORDER**

THIS MATTER being opened to the Court by Simoes & Associates, PC, attorney(s) for the defendants, Mi Tierra Social Club; Maritza Falu a/k/a Moritza Falu, and Luis A. Velez,

AND with the Parties consenting to the provisions set forth in this order, and for good cause shown

It is on this ___2nd___ day of ___April___, 2019 ORDERED that:

1. The pending default judgment motion filed by Plaintiff is hereby withdrawn;

2. The default previously entered in the above-referenced matter as to all Defendants shall be and is hereby vacated; and

3. The answer filed by Defendants (ECF #17) is deemed to be timely filed; and,

3. A copy of the Within Order shall be served upon all parties of record within seven days of the date hereof.

_____
Honorable John M. Vazquez, U.S.D.J.


\_\_\_/s/ Jay Kanetkar.

Jay Kanetkar, Esq., Simoes & Associates, PC
Attorneys for Defendants Mi Tierra Social Club, A NJ Non-Profit Corporation; Maritza Falu a/k/a Moritza Falu; and Luis A. Velez


\_\_\_/s/ Michael J. Peters.

Michael J. Peters, Esq. Pressler, Felt & Warshaw, LLP
Attorneys for Plainttiffs, J&J Sports Productions, Inc.